UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:08-CR-325-D
No. 5:10-CV-304-D

| | | |
|---|---|---|
| LARRY BRUCE GREGORY, | ) | |
| Petitioner, | ) ) ) | |
| v. | ) | **ORDER** |
| UNITED STATES OF AMERICA, | ) ) ) | |
| Respondent. | ) ) | |

Having conducted an examination of petitioner's motion pursuant to Rule 4(b) of the Rules Governing § 2255 Proceedings and it appearing that dismissal is not warranted at this time, the United States Attorney is DIRECTED to file an answer pursuant to Rule 5, Rules Governing § 2255 Proceedings, or to make such other response as appropriate to the above-captioned § 2255 Motion to Vacate, Set Aside or Correct Sentence, within **forty (40)** days of the filing of this order.

SO ORDERED. This 26 day of August, 2010.

James C. Dever III
United States District Judge