IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:08-CR-325-D
No. 5:10-CV-304-D

| | |
|---|---|
| LARRY BRUCE GREGORY, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

On July 29, 2013, this court dismissed Gregory's motion for relief under 28 U.S.C. § 2255 [D.E. 49]. On August 12, 2013, Gregory filed a notice of appeal [D.E. 51]. On December 20, 2013, the United States Court of Appeals for the Fourth Circuit denied a certificate of appealability and dismissed the appeal [D.E. 54]. On November 21, 2104, Gregory asked the court to reconsider its order denying him relief under 28 U.S.C. § 2255.

The court lacks jurisdiction to consider the motion for reconsideration. See, e.g., United States v. Winestock, 340 F.3d 200, 206–07 (4th Cir. 2003). Thus, the motion [D.E. 57] is DISMISSED. Alternatively, the motion for reconsideration lacks merit and is DENIED.

SO ORDERED. This _3_ day of April 2015.

JAMES C. DEVER III
Chief United States District Judge