IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:08-CR-325-D
No. 5:10-CV-304-D
No. 5:16-CV-196-D

| | | |
|---|---|---|
| LARRY BRUCE GREGORY, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

The court GRANTS Larry Bruce Gregory's ("Gregory") motion to withdraw [D.E. 64] his

motion to vacate at [D.E. 60], and GRANTS his second motion to vacate his sentence [D.E. 65].

After the United States Probation Office prepares a new Presentence Investigation Report ("PSR"),

the court will hold a new sentencing hearing and resentence Gregory. The court notifies the parties

that it is considering an upward departure under U.S.S.G. § 4A1.3. See Fed. R. Crim. P. 32(h);

U.S.S.G. § 4A1.3(a)(1).

SO ORDERED. This **20** day of October 2016.

JAMES C. DEVER III
Chief United States District Judge